UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUISHA SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARAYA USA, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-05232-WHO<br><br>**ORDER GRANTING JOINT STIPULATION TO CHANGE TIME**<br><br>Re: Dkt. No. 15 |

Having reviewed the parties' joint stipulation to extend the briefing schedule and continue the hearing on the defendant's pending motion to dismiss, and good cause appearing, their request is GRANTED. *See* Dkt. No. 15. The plaintiff's response to the motion is due by **January 3, 2023.** The defendant's reply is due by **January 10, 2023.** The hearing on the motion, currently scheduled for December 14, 2022, is reset for **January 25, 2023**, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 16, 2022



William H. Orrick
United States District Judge