UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAQUISHA SCOTT,

    Plaintiff,

    v.

SARAYA USA, INC.,

    Defendant.

Case No. 22-cv-05232-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 50

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that all of Plaintiff Laquisha Scott's individual claims against Defendant Saraya USA, Inc. are dismissed with prejudice. The claims are the putative class are dismissed without prejudice. The Clerk shall close the case.

Dated: March 22, 2024



WILLIAM H. ORRICK
United States District Judge